# IV. Equal Opportunity

## A. *Equal Employment Opportunity Statement*

### 1. Nondiscrimination Policy

Security Forces, Inc will provide equal employment opportunities for all employees regardless of race, color, religion, national origin, sex or age, including disabled persons, disabled veterans, and veterans of the Vietnam Era.

### 2. Reasonable Accommodation

Security Forces, Inc. will afford reasonable accommodation to qualified applicants and employees with a known disability as long as it does not cause undue hardship to the Company or its clients.

### 3. Obligation

Every member of management will carry forward Security Forces' policy of nondiscrimination, equal employment opportunity, and reasonable accommodation. All employees are expected to conduct themselves in a non-offensive manner regarding sex, race, color, age, religion, national origin, disability, or veteran status of any employee.

## B. *Harassment*

SFI strongly disapproves of ANY form of harassment involving ANY of its employees in the employment relationship. The company has a firm belief that all employees are entitled to a work environment free of harassment including sexual harassment.

### 1. Sexual Harassment

Sexual harassment is broadly defined as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature. This conduct will be unlawful when:

#### a) *Term or Condition*

Submission to the conduct is explicitly or implicitly a term or condition of an individual's employment.

#### b) *Basis for Employment Decision*

Submission to or rejection of this conduct is a basis for employment decisions.

#### c) *Hostile Work Environment*

This conduct has the purpose or effect of substantially interfering with an individual's work performance or creates an intimidating, hostile, or offensive work environment.

## 2. Other Harassment

Harassment, other than sexual, is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his/her race, color, religion, gender, national origin, age or disability, or that of his/her relatives, friends or associates, which has the purpose or effect of creating an intimidating, hostile or offensive work environment or interferes with an individual's work performance or otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes, but is not limited to:

### a) *Verbal or Physical*

Epithets, slurs, negative stereotyping or threatening, intimidating or hostile acts that relate to race, color, religion, gender, national origin, age, or disability.

### b) *Written or Graphic*

Material that denigrates or indicates hostility or aversion toward an individual or group that is placed on walls, bulletin boards on the job site or circulated in the workplace.

## 3. Report Harassment

Employees, without any fear of reprisal, have the responsibility to bring any form of harassment to SFI management's attention.  This includes any harassment of an employee in the workplace by fellow employees, supervisors, or anyone else.  Details should be submitted in writing immediately to SFI management by following the chain-of-command.  In the event a complaint involves an employee's immediate supervisor; the employee will inform the next superior in the chain-of-command (See VI.A).  SFI will investigate the circumstances of any person who believes that he/she is the object of harassment and review the results of the investigation with that person.

The names and telephone numbers of the individuals comprising your chain-of-command should be listed in the Standard Operating Guidelines placed on all job sites.  If you are unable to find the appropriate name and telephone number of the person in your chain-of-command that you need to report your complaint to, or if for any reason you feel uncomfortable in reporting any incident to that individual, please call the corporate human resources department at (704) 334-4751.

## 4. Discipline

Disciplinary action, up to and including discharge, can be taken against any employee engaging in any form of harassment.